THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WATSON ALFRED GRAY, Defendant-Appellant.

(No. 72-332;

Second District—June 4, 1974.

Opinion by Mr. JUSTICE RECHENMACHER.

Ralph Ruebner and Richard Wilson, both of State Appellate Defender's Office, of Elgin, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford (James W. Jerz and Edward Morris, both of Model District State's Attorneys Office, of counsel), for the People.